Evaluation Only. Created with Aspose.Pdf. Copyright 2002-2014 Aspose Pty Ltd

CCA # WR-80-480-01

Trial Court Case # 13-01451-CKF-85-A

8-3-15
80,480-01

Abel Acosta. Clerk

My name is Bobbie Lefelle Morris and my T.D.C.J. is 1878549. I am Presently Incarcerated at Lynaugh Unit. I am writing to You Concerning my Appeals have they make a decision in my Case Yet, And am Inform The Court of my New Address changes Am At Lynaugh Unit Address is 1098 S. Hwy 2037 Fort Stockton. Tv 79735. Unit Telephone # 432-395-2938

I would Appreciate. IF You Could help me in this matter and Thank You For Acknowledging my letter of Request.

Sincerely

Bobbie L. Morris

8-3-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 10 2015

Abel Acosta, Clerk

P.S. Is my Case sill open are close.